# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

Galit Aura Weiss )
)
)
) Chapter 7
) Case no:
)
)
)
)

**Statement Under Penalty Of Perjury Concerning Payment Advices Due Pursuant To 11 U.S.C. §521(A)(1)(B)(Iv)**

I, Galit Aura Weiss state as follows:

I did not file with the Court copies of all payment advises or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

\_\_\_\_\_ a) I was not employed during the period immediately preceding the filing of the above referenced case:

\_\_\_\_\_ b) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

\_\_\_\_\_ c) I am self-employed and do not receive any evidence of payment from an employer;  See P&L attached.

\_\_X\_\_ d) Other (Please Explain): I started working with Instacart in late December 2021.  Instacart does not have paychecks and all funds are directly deposited into my bank account.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: January 31, 2022

/s/ _____
(Signature of Debtor)