| Fill in this information to identify your case | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | |
| Debtor 1: Galit  Aura  Weiss<br>First Name   Middle Name   Last Name | Case: 22-10286<br>Chapter: 7 |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | |

## SUPPORT DOCUMENT- SCHEDULE D

Bridgecrest Financial                              Amount of Claim    $10,024.51

Secured by 2011 Subaru Impreza  61000 miles.   Unsecured amount of claim 0.00

## VERIFICATION

Galit A Weiss the undersigned have reviewed the above Support Document- Schedule D and believe that the contents are true and correct.

Dated: *[signature]*   3-1-22
_____
Galit A Weiss