| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: Galit | Aura | Weiss | Case: 22-10286 |
| First Name | Middle Name | Last Name | Chapter: 7 |
| Debtor 2: | | | |
| First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and delete inapplicable sections.**

### Part 1   Notice

You are hereby notified that the debtor has filed amended documents: **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

### Part 2   Amendments

**2.1. Petition N/A**

**2.1. List(s) N/A**

**2.2. Schedule(s) of Debts**

☐ Not applicable (no amendments to Schedules of Debt(s))

☐ Schedule(s) of Debts are amended as follows:

Schedules A/B: N/A

Schedule C: N/A

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>✓ Amendment to existing creditor | Bridgecrest Financial | $10,024.51 | 2011 Subaru Impreza 61000 miles | $13.222.00 | N/A |

Schedules E/F: N/A

Schedule G: N/A

Schedule H:  N/A

Schedules I/J: N/A

**2.1. Statement(s) N/A**

**2.2. Addition of Creditor(s) N/A**

**Part 3** **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: March 1, 2022

By: /s/ *Keith Moskowitz*

Keith Moskowitz #15368
Attorney for the Debtor
1440 28th Street, Ste 206
Boulder, Colorado 80301
(303) 447-2703
Kmoskowitzlaw@aol.com