**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | **Galit** | **Aura** | | **Weiss** | **Case: 22-10286 EEB** |
|---|---|---|---|---|---|
| | First Name | | Middle Name | Last Name | **Chapter: 7** |
| Debtor 2: | | | | | |
| | First Name | | Middle Name | Last Name | |

_____

**CERTIFICATE OF MAILING**

On, March 2, 2022 I placed a True and correct copy of the Support Document – Schedule D and LBR 1009 Notice of Amendment of Schedules in the U.S. Mail 1st Class postage prepaid addressed to parties set forth in exhibit A attached here to.

Bridgecrest Financial
15001 FAA Blvd
Fort Worth TX 76155

On March 1, 2022 the following where served via CM/ECF with a true and correct copies of Support Document – Schedule D and LBR 1009 Notice of Amendment of Schedules on

David Lewis Chapter 7 Trustee

U.S. Trustee.

/s/ *Keith Moskowitz*

_____
Keith Moskowitz #15368
Attorney for the Debtor
1440 28th Street, Suite 4
Boulder, Colorado 80303
(303) 447-2703
Kmoskowitzlaw@gmail.com